IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 12-18583 |
| **SAUNDRA M RITCHEY** | : | Chapter 7 proceeding |
| Debtors | : | Judge: PAT E. MORGENSTERN-CLARREN |
| | : | **Motion of Trustee to Dismiss Chapter 7 Case** |

Now comes Virgil E. Brown, Trustee ("Trustee") by and through his attorney, and moves this Court to enter its' Order dismissing the within proceeding for Debtor's failure to appear at her 341 examinations, with per required documents having been filed or provided, on 12/28/12, and 01/07/13.

WHEREFORE, for all the foregoing reasons, this Motion to Dismiss is well taken and should be granted, and the instant case should be forthwith dismissed for failure of the Debtor to cooperate in the administration of his/her Bankruptcy Estate.

Respectfully submitted,

/s/Virgil E. Brown, Jr._____
Virgil E. Brown (0003675)
Attorney for Trustee
2136 Noble Road
Cleveland, Ohio 44112
(216) 851-3304
(216) 851-2900 Fax
vbrown@epitrustee.com

## NOTICE OF HEARING AND OPPORTUNITY TO BE HEARD

Please take note that the hearing on the Motion of Trustee to Dismiss Chapter 7 Case shall be on ___14th__ of February, 2013 at _08:30a.m., Courtroom 2A____ , located at 201 Superior Avenue, Cleveland, Ohio 44114.

Take further note that unless a response in opposition to the foregoing Motion is filed with the Court not less than seven (7) days prior to said hearing date, such failure to respond will be deemed an assent and the this Motion will be granted without hearing.

Virgil E. Brown, Jr._____
Virgil E. Brown (0003675)
Attorney for Trustee
2136 Noble Road
Cleveland, Ohio 44112

## CERTIFICATION OF SERVICE

I certify that on January 9, 2013, a true and correct copy of the foregoing Motion was served:

Via the court's Electronic Case Filling System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    U S Trustee, at Registered Address@usdoj.gov

And by regular U.S. mail postage prepaid on:

Saundra M. Ritchey on behalf of Debtor at 9885 Weathersfield Drive, Mentor, OH 44060-6827

                                     /s/ Virgil E. Brown, Jr.
                                     Virgil Brown Jr. (0003675)
                                     Trustee
                                     2136 Noble Road
                                     Cleveland, Ohio 44112
                                     216-851-3304
                                     vbrown@epitrustee.com